UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NUVASIVE, INC.,**<br>    Plaintiff,<br><br>    v.<br>**TIMOTHY DAY,**<br>    Defendant. | **Civil Action No. 1:19-cv-10800-DJC** |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Bryan E Busch, attorney for Defendant in the above styled action, and submits this Notice of Change of Address for transmission in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

**NEW ADDRESS:**
Busch, Slipakoff, Mills & Slomka, PLLC
6400 Powers Ferry Road, Suite 391
Atlanta, Georgia 30339
bb@bsms.law

The Clerk of Court and all parties to this action are respectfully requested to forward all future documents to the address above.

Submitted this 24th day of November, 2020.

BUSCH, SLIPAKOFF, MILLS & SLOMKA, PLLC

Respectfully submitted,

*/s/ Bryan E. Busch*
Bryan E. Busch, *Admitted Pro Hac Vice*
bb@bsms.law
6400 Powers Ferry Road, Suite 391
Atlanta, Georgia 30339
Phone: 404-800-4062

## CERTIFICATE OF SERVICE

I, Bryan E. Busch, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 24th, 2020.

BUSCH, SLIPAKOFF, MILLS & SLOMKA, PLLC

 /s/ Bryan E. Busch
Bryan E. Busch

*Attorney for Defendant*