UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUVASIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY DAY,<br><br>Defendant. | Civil Action No. 1:19-cv-10800-DJC |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the new address of counsel for Defendant Timothy Day is as follows:

| Office Address | Mailing Address |
|---|---|
| 100 High Street, 26th Floor<br>Boston, Massachusetts 02110 | P.O. Box 368<br>Swampscott, MA 01907-9988 |

Respectfully submitted,

TIMOTHY DAY,

By his attorneys,

/s/ Steven D. Weatherhead
Steven D. Weatherhead, BBO # 637601
Marathas Barrow Weatherhead Lent LLP
P.O. Box 368
Swampscott, MA 01907-9988
Telephone: (617) 830-5460
sweatherhead@marbarlaw.com

Dated:  June 9, 2021

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2021, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent, via overnight courier, to unregistered participants.

                                                /s/ Steven D. Weatherhead
                                                Steven D. Weatherhead