UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUVASIVE, INC.<br>Plaintiff,<br><br>v.<br><br>TIMOTHY DAY<br>Defendant. | Civil Action No. 19-10800-DJC |

## JUDGMENT

**CASPER, J.**                                                                                           **April 15, 2022**

In accordance with the Court's Memorandum of Decision, D. 251, dated March 28, 2022 and the Court's ECF Order, D. 252, dated April 12, 2022; judgment for the plaintiff NuVasive, Inc. in the amount of $1,602,123 and fees in the amount of $127,214.50 and costs in the amount of $2,103.85.

Robert M. Farrell, Clerk

/s/ Lisa M. Hourihan
Deputy Clerk