UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUVASIVE, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY DAY )<br>)<br>Defendant ) | No. 1:19-CV-10800 |

### NOTICE OF APPEAL

Notice is hereby given that Timothy Day, Defendant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit, from the Memorandum of Decision entered March 28, 2022 (Doc. 251); Electronic Order on Motion for Attorneys' Fees entered April 12, 2022 (Doc. 252); and Judgment entered on April 15, 2022 (Doc. 253).

Dated: May 2, 2022.

                                              Respectfully submitted,

                                              TIMOTHY DAY
                                              *By his attorneys,*

                                              */s/ Steven D. Weatherhead*
                                              Steven D. Weatherhead, BBO # 637601
                                              Barrow Weatherhead Lent LLP
                                              100 High Street, Suite 2601
                                              Boston, Massachusetts 02110
                                              (617) 830-5458
                                              sweatherhead@marbarlaw.com

*/s/ Bryan E. Busch*
Bryan E. Busch, *Admitted Pro Hac Vice*
Busch Mills & Slomka, LLP
3000 Heritage Walk, Suite 304
Milton, GA 30004
Phone: 404-800-4062
bb@buschmills.com

## **CERTIFICATE OF SERVICE**

I, Steven D. Weatherhead, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2022.

/s/ Steven D. Weatherhead