# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NUVASIVE, INC.**<br>**Plaintiff,**<br><br>v.<br><br>**TIMOTHY DAY**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No.** 19-10800-DJC |

# JUDGMENT

**CASPER, J.**                                                                              **April 15, 2022**

      In accordance with the Court's Memorandum of Decision, D. 251, dated March 28, 2022 and the Court's ECF Order, D. 252, dated April 12, 2022; judgment for the plaintiff NuVasive, Inc. in the amount of $1,602,123 and fees in the amount of $127,214.50 and costs in the amount of $2,103.85.

                                                                         Robert M. Farrell, Clerk

                                                                         /s/ Lisa M. Hourihan
                                                                         Deputy Clerk