# Exhibit 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**FIRST EXECUTION**                                    CIVIL ACTION NO. 19-10800-DJC

To the United States Marshal for the District of Massachusetts or either of his Deputies and to

_____, Special Process Server:

WHEREAS NuVasive, Inc._____

has recovered judgment against Timothy Sean Day_____

on the 15th day of April , 2022 , for the sum of $1,729,337.50 , debt

or damage, pre-judgment interest in the amount of $N/A , and costs of this suit in the amount

of $2,103.85 ; as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment

Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money,

the aforesaid sums, being a total of $1,731,441.35 , in the whole, with interest thereon at the rate

of 1.84 % from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's

Office of our said court, at _____ , Massachusetts, within Twenty (20) years after

the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _____ day of _____.

ROBERT M. FARRELL
CLERK OF COURT

SEAL

By:    _____
Deputy Clerk