# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NUVASIVE, INC.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   No. 1:19-cv-10800-DJC |
| | ) |
| **TIMOTHY DAY** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## NUVASIVE, INC.'S MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

NuVasive, Inc. ("NuVasive") hereby requests that the Court appoint the Essex County Sheriff's Department, Civil Process Division, at 360 Merrimack Street, Lawrence, Massachusetts, as special process server in this matter for the purpose of levying on the Writ of Execution issued by this Court on August 31, 2022 (ECF No. 266).

As grounds for this Motion, NuVasive states the following:

1. Upon information and belief, the United States Marshals Service for the District of Massachusetts no longer serves private civil process.

2. The proposed special process server is not a party to this action and is at least 18 years of age.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that the parties have conferred regarding the issues presented herein and that counsel for Timothy Day does not assent to this Motion.

Respectfully submitted,

**NUVASIVE, INC.**

By its attorneys,

**s/M. Thomas McFarland**
Holly M. Polglase (BBO #553271)
hpolglase@hermesnetburn.com
Michael S. Batson (BBO #648151)
mbatson@hermesnetburn.com
Michael C. Kinton (BBO #683875)
mkinton@hermesnetburn.com
HERMES, NETBURN, O'CONNOR & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
Tel: (617) 728-0050
Fax: (617) 728-0052

Christopher W. Cardwell, Esq. (*pro hac vice*)
Mary Taylor Gallagher, Esq. (*pro hac vice*)
M. Thomas McFarland, Esq. (*pro hac vice*)
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
ccardwell@gsrm.com
mtgallagher@gsrm.com
tmcfarland@gsrm.com

*Attorneys for Plaintiff, NuVasive, Inc.*

**CERTIFICATE OF SERVICE**

      Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on September 4, 2022.

                                        **s/M. Thomas McFarland**
                                        M. Thomas McFarland