# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUVASIVE, INC.<br>    Plaintiff,<br><br>v.<br><br>TIMOTHY DAY<br>    Defendant. | Civil Action No. 19-10800-DJC |

# ORDER

**CASPER, J.**                                                                                                                          **July 20, 2023**

This matter is before the Court on Plaintiff NuVasive, Inc.'s motion for disbursement of funds, D. 270, deposited by Defendant Mr. Day on December 19, 2022.  D.  269.  For the reasons articulated in D. 277, the Court has allowed that motion and now ORDERS  the Clerk of the Court to disburse that amount of $1,731,441.25 to counsel for Plaintiff.

**So Ordered.**

                                                                                        /s/ Denise J. Casper
                                                                                        United States District Judge