# United States Court of Appeals
## For the First Circuit

No. 22-1339

NUVASIVE, INC.,

Plaintiff - Appellee,

v.

TIMOTHY DAY,

Defendant - Appellant.

**MANDATE**

Entered: August 31, 2023

In accordance with the judgment of August 9, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael Scott Batson
Bryan E. Busch
Christopher W. Cardwell
Mary Taylor Gallagher
Michael C. Kinton
Marshall Thomas McFarland
Holly Marie Polglase
Steven Dale Weatherhead